UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY AUSTIN,<br><br>                              Plaintiff,<br><br>   - against -<br><br>PHONE2ACTION, INC.,<br><br>                            Defendant. | Civ. No. 21-cv-00491 (MKB)(JRC)<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the undersigned, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice, without costs or attorney's fees, and without admission of fault or liability by any party.

Dated: January 26, 2024

**MANDEL BHANDARI LLP**

By: _____
Robert Glunt, Esq.
80 Pine Street, 33rd Floor
New York, New York 10005
(212) 269-5600
*Attorneys for Plaintiff*

**LITTLER MENDELSON, P.C.**

By: _____
Joseph E. Field, Esq.
900 Third Avenue
New York, NY 10022
(212) 583-9600
*Attorneys for Defendant*

**SO ORDERED:**

_____
U.S.D.J.